UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:21-CR-5 |
| v | ) |
| | ) |
| | ) |
| RAY SAYNE | ) |

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

☐ I HEREBY WAIVE my right to a detention hearing.

☐ I HEREBY WAIVE my right to a detention hearing, and reserve the right to move for a detention hearing at a later date.

☑ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date in the district where charges are pending.

s/Ray Sayne                              10/12/21
_____
DEFENDANT                                Date

s/Michael Cabage
_____
COUNSEL FOR DEFENDANT